# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2021

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

**MEMO ENDORSED**

June 14, 2021

> **APPLICATION GRANTED.** The telephonic Initial Case Management Conference scheduled for Monday, June 21, 2021 at 10:00 a.m. is hereby rescheduled to <u>Wednesday, July 28, 2021 at 12:30 p.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.  <u>The Plaintiff is directed to serve a copy of this endorsement on the Defendants.</u>
>
> APPLICATION GRANTED
>
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 06/15/2021

<u>VIA CM/ECF</u>
Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 17D
New York, NY 10007

    Re:    Velasquez v. 85 Pearl Street Venture Ltd., d/b/a Stone Street Tavern, et al.
             Case 1:21-cv-01973-PGG-KHP

Dear Judge Parker:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for June 21, 2021, at 10:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

                        Sincerely,

                        By: /S/   B. Bradley Weitz_____
                           B. Bradley Weitz, Esq. (BW9365)
                           THE WEITZ LAW FIRM, P.A.
                           Attorney for Plaintiff
                           Bank of America Building
                           18305 Biscayne Blvd., Suite 214
                           Aventura, Florida 33160
                           Telephone: (305) 949-7777
                           Facsimile:  (305) 704-3877
                           Email: bbw@weitzfirm.com