Case 1:21-cv-01973-PGG-KHP   Document 15   Filed 07/22/21   Page 1 of 1

# THE WEITZ LAW FIRM, P.A.



Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

> **APPLICATION GRANTED.** The telephonic Initial Case Management Conference scheduled for Wednesday, July 28, 2021 at 12:30 p.m. is hereby rescheduled to <u>Monday, August 23, 2021 at 12:00</u> p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, ~~New~~ York.
> <u>The Plaintiff is directed to serve a copy of this endorsement on the Defendants.</u>
> APPLICATION GRANTED
> *Katharine H. Parker*    07/22/2021
> Hon. Katharine H. Parker, U.S.M.J.

July 21, 2021

**VIA CM/ECF**
Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 17D
New York, NY 10007

    **Re:**    **Velasquez v. 85 Pearl Street Venture Ltd., d/b/a Stone Street Tavern, et al.**
             **Case 1:21-cv-01973-PGG-KHP**

Dear Judge Parker:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for July 28, 2021, at 12:30 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11].

    The undersigned counsel has undertaken additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the subject facility location in order to facilitate contact from Defendants for their appearance in this case. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this second adjournment request.

                              Sincerely,

                              By: /S/   B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW9365)
                                  THE WEITZ LAW FIRM, P.A.
                                  Attorney for Plaintiff
                                  Bank of America Building
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura, Florida 33160
                                  Telephone: (305) 949-7777
                                  Facsimile:  (305) 704-3877
                                  Email: bbw@weitzfirm.com