```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RICARDO VELASQUEZ,

                     Plaintiff,

      -against-

85 PEARL STREET VENTURE LTD.,
A NEW YORK CORPORATION, D/B/A
STONE STREET TAVERN, AND STONE 33,
LLC, A NEW YORK LIMITED LIABILITY
COMPANY,

                     Defendants.

----------------------------------------------------------------X

21-CV-1973 (PGG) (KHP)

ORDER CONVERTING INITIAL
CASE MANAGEMENT
CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Initial Case Management Conference in this matter scheduled for **Monday, August 23, 2021, at 12:00 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        **The Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.**

        SO ORDERED.

DATED:    New York, New York
                August 11, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge