# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

August 19, 2021

**VIA CM/ECF**
Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 17D
New York, NY 10007

      Re:    Velasquez v. 85 Pearl Street Venture Ltd., d/b/a Stone Street Tavern, et al.
             Case 1:21-cv-01973-PGG-KHP

Dear Judge Parker:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for August 23, 2021, at 12:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11].

    The undersigned counsel has undertaken additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the subject facility and to their corporate locations, in order to facilitate contact from Defendants for their appearance in this case.

    As no Defendant has filed an appearance in this matter, to date, and no answer has been filed, in order to afford additional time for Defendants to appear, the undersigned hereby respectfully requests a 30-day adjournment of the Conference to a date convenient to this Honorable Court.

    Thank you for your consideration of this third adjournment request.

                                          Sincerely,

                                      By: /S/   B. Bradley Weitz
                                          B. Bradley Weitz, Esq. (BW9365)
                                          THE WEITZ LAW FIRM, P.A.
                                          Attorney for Plaintiff
                                          Bank of America Building
                                          18305 Biscayne Blvd., Suite 214
                                          Aventura, Florida 33160
                                          Telephone: (305) 949-7777
                                          Facsimile: (305) 704-3877
                                          Email: bbw@weitzfirm.com

**APPLICATION GRANTED.** The telephonic Initial Case Management Conference scheduled for Monday, August 23, 2021 at 12:00 p.m. is hereby rescheduled to <u>Thursday, September 30, 2021 at 11:00 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **The Plaintiff is directed to serve a copy of this endorsement on the Defendants.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

08/20/2021