# THE WEITZ LAW FIRM, P.A.

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2021
```

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

> **APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for Tuesday, October 26, 2021 at 12:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Monday, December 6, 2021 at 11:00 a.m.</u>
>
> **APPLICATION GRANTED**
>
> /s/ Katharine H. Parker
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 10/21/2021

October 21, 2021

<u>VIA CM/ECF</u>
Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 17D
New York, NY 10007

  Re: Velasquez v. 85 Pearl Street Venture Ltd., d/b/a Stone Street Tavern, et al.
     **Case 1:21-cv-01973-PGG-KHP**

Dear Judge Parker:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for October 26, 2021, at 12:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11].

  The undersigned counsel has undertaken additional efforts with follow-up correspondence with a copy of the Summons and Complaint to the defendants, and as no response has been forthcoming, the undersigned will research the corporate entities for any updated information such as change of address or corporation.

  Therefore, the undersigned hereby respectfully requests a 45-day adjournment of the Conference to reschedule the Conference to a date convenient to this Honorable Court, to allow for the undertaking of furtherance of research and for re-service of process, if necessary,

  Thank you for your consideration of this fourth adjournment request.

            Sincerely,

           By: /S/   B. Bradley Weitz
            B. Bradley Weitz, Esq. (BW9365)
            THE WEITZ LAW FIRM, P.A.
            Attorney for Plaintiff
            Bank of America Building
            18305 Biscayne Blvd., Suite 214
            Aventura, Florida 33160
            Telephone: (305) 949-7777
            Facsimile: (305) 704-3877

Seibel, J. Letter 04.03.12
Page 2 of 2

Email: bbw@weitzfirm.com