# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

December 1, 2021

**VIA CM/ECF**
Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 17D
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2021
```

**MEMO ENDORSED**

      Re:    Velasquez v. 85 Pearl Street Venture Ltd., d/b/a Stone Street Tavern, et al.
             Case 1:21-cv-01973-PGG-KHP

Dear Judge Parker:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for December 6, 2021, at 11:00 p.m., in your Honor's Courtroom. However, Defendants have not appeared in this matter, having been served through the Secretary of State [D.E. 10 & D.E. 11].

      Due to the lack of response, the undersigned counsel will be serving the Defendants personally or personal service, as they originally were served via the Department of State, who serve by certified mail, in the event service was incomplete or ineffective. The undersigned also sent communication to the current registered agent of the Tenant Defendant to have said registered agent provide verification of his current status as registered agent of Tenant Defendant. At this time, the undersigned awaits a response.

      For the foregoing reasons, the undersigned respectfully requests a 45-day adjournment of the Conference to reschedule the Conference to a date convenient to this Honorable Court, to allow for the undertaking of furtherance of research findings and for re-service of process.

      Thank you for your consideration of this fifth adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for Monday, December 6, 2021 at 11:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, February 3, 2022 at 11:00 a.m.</u>

APPLICATION GRANTED

*[Signature]*

Hon. Katharine H. Parker, U.S.M.J.
12/02/2021