USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,

                              Plaintiff,

               -against-

85 PEARL STREET VENTURE LTD.,
A NEW YORK CORPORATION, D/B/A
STONE STREET TAVERN, AND STONE 33,
LLC, A NEW YORK LIMITED LIABILITY
COMPANY,

                              Defendants.
-----------------------------------------------------------------X

21-CV-1973 (PGG) (KHP)

**ORDER CONVERTING INITIAL
CASE MANAGEMENT
CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Initial Case Management Conference in this matter scheduled for **Thursday, February 3, 2022, at 11:00 a.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        **The Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.**

        SO ORDERED.

DATED:      New York, New York
                  January 27, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge