USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,

                         Plaintiff,

         -against-

85 PEARL STREET VENTURE LTD.,
A NEW YORK CORPORATION, D/B/A
STONE STREET TAVERN, AND STONE 33,
LLC, A NEW YORK LIMITED LIABILITY
COMPANY,

                         Defendants.
-----------------------------------------------------------------X

21-CV-1973 (PGG) (KHP)

ORDER ADJOURNING INITIAL
CASE MANAGEMENT
CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Settlement filed on March 25, 2022 (doc. no 36) the Initial Case Management Conference currently scheduled for **May 19, 2022** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:    New York, New York
             March 27, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge